

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

January 23, 2020

<u>**VIA ECF**</u>

Hon. Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1105
New York, NY 10007

**Re:** *Thorne v. CVS Health Corporation*, **Civil Action No.: 1:19-cv-09866-JMF**

Dear Judge Furman:

This firm represents Defendant CVS Health Corporation ("Defendant") in the above-referenced action. We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to jointly request (1) an adjournment *sine die* of the deadline to participate in the Court-annexed Mediation Program, (2) an adjournment *sine die* of the Initial Pretrial Conference presently scheduled for March 4, 2020, and (3) a stay of discovery pending a decision on Defendant's forthcoming motion to dismiss.

By way of background, Defendant's current deadline to respond to the Complaint is February 27, 2020. (ECF No. 12.) Defendant plans to file a motion to dismiss which, if granted, would fully dispose of the case. The current deadline to participate in the Court-annexed Mediation Program is February 19, 2020, and the Initial Pretrial Conference is presently scheduled for March 4, 2020. (ECF No. 10.)

The parties respectfully request that both the deadline to participate in the Court-annexed Mediation Program and the Initial Pretrial Conference be adjourned *sine die*. In addition, the parties request that discovery be stayed pending the Court's decision on Defendant's forthcoming motion to dismiss. The requested relief will save the Court and the parties the expenditure of potentially unnecessary resources on the mediation, the IPC, and discovery. This is the second request for an adjournment of these deadlines which, if granted, will not affect any other scheduled dates.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

<span style="color:blue">Request GRANTED. The Clerk of Court is directed to terminate ECF No. 13. SO ORDERED.</span>

<span style="color:blue">January 23, 2020</span>



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:     All counsel of record (via ECF)