UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                     :

BRAULIO THORNE,                              :

                          Plaintiff,                :
                                                     :      19-CV-9866 (JMF)
           -v-                                   :
                                                     :           ORDER

CVS HEALTH CORPORATION,             :

                         Defendant.              :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 9, 2020, the Court indicated that, in order to conserve the parties' and the Court's resources, it was inclined to stay this action until it had resolved a motion to dismiss in a similar case. The Court ordered that any objection to that proposal be filed by March 16, 2020. To date, no party has objected to the proposed stay.

       Accordingly, and upon reflection, this action is hereby STAYED until the Court resolves the pending motions to dismiss in both *Mendez v. Papa John's USA, Inc.*, 19-CV-9892, and *Lopez v. The Stop & Shop Supermarket Company LLC*, 19-CV-9913. After those motions are resolved, the Court will give the parties an opportunity to address the impact of the Court's ruling(s) (and any other courts' decisions in the interim).

       Any existing deadlines (to answer or to file a brief in connection with a pending motion) are hereby stayed *sine die*. Any scheduled conference is adjourned *sine die*.

       SO ORDERED.

Dated: March 23, 2020                                     _____
       New York, New York                             JESSE M. FURMAN
                                                              United States District Judge